#7226

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------

IN RE:                                          BK NO. 05-20794

ALICE A FRASER
    Debtor(s)
------------------------------------------------------------

## TRANSMITTAL OF UNCLAIMED FUNDS

George M. Reiber, Chapter 13 Trustee, reports the following:

1. Ninety days have passed since final distribution under the Chapter 13 plan was made in the following case. Your trustee has stopped payment on all checks remaining unpaid listed below. The names of the persons to whom such unnegotiated distribution checks were issued and the amount of such checks are as follows:

    S R Bacher
    6 Grand Erie Way
    Fairport NY 14450

2. Your Trustee's check for $41.18, payable to the Clerk of the Court, is attached to this report.

3. Nothing further remains to be done in this case.

Dated: May 25, 2010
    Rochester, NY        /s/_____
                                 GEORGE M. REIBER, TRUSTEE


FILED MAY 27 2010 BANKRUPTCY COURT ROCHESTER, NY